United States District Court
For the Northern District of California

1
2
3     UNITED STATES DISTRICT COURT
4     NORTHERN DISTRICT OF CALIFORNIA
5     OAKLAND DIVISION
6
7  GREGORY LEE GRAY,
8            Petitioner,                    No. C 10-5748 PJH (PR)
9       vs.                                 **ORDER OF DISMISSAL**
10 M. McDONALD, Warden,
11           Respondent.
12 _____/

13     This is a habeas case brought pro se by a state prisoner. Petitioner has had a
14 previous case attacking the same judgment, *Gray v. Runnels*, C 01-2880 PJH (PR). That
15 case was dismissed as barred by the statute of limitations and the dismissal was affirmed
16 on appeal.

17     A subsequent habeas petition directed to the same conviction, *Gray v. Felker*, 09-
18 2461 PJH (PR), was dismissed by this court as second or successive. Petitioner did not
19 appeal that dismissal.

20     Petitioner then filed yet another petition attacking the same judgment, *Gray v.*
21 *McDonald*, 10-0845 PJH (PR). As petitioner still had not obtained an order from the Ninth
22 Circuit allowing him to file a second or successive petition, it also was dismissed. This
23 court denied petitioner's motions for a certificate of appealability and for leave to proceed in
24 forma pauperis on appeal, and in October of last year the court of appeals issued an order
25 declining to grant a certificate of appealability, terminating the appeal.

26     A habeas petitioner may not file a second or successive petition unless he or she
27 first obtains from the appropriate United States Court of Appeals an order authorizing the
28 filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the

United States District Court
For the Northern District of California

Ninth Circuit.  The petition is accordingly **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  January 10, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.10\GRAY5748.DSM-2d.wpd